```
                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNY ALFREDO ROMO,<br><br>　　　　　Defendant. | NO. 5:22-cr-00163-DSF<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　　The defendant having been arrested in Los Angeles, California pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

　　　　The Court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

\\
\\
\\

1

1  A.  (X)  The defendant has not met the defendant's burden of establishing by clear and
2  convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. §
3  3142(b) or (c).  This finding is based on the defendant's submission on the issue of detention;
4  the defendant's unstable residence; the defendant's history of failures to appear; and the
5  defendant's failure to proffer any evidence to meet the defendant's burden on this issue.
6      and
7  B.  (X)  The defendant has not met the defendant's burden of establishing by clear and
8  convincing evidence that the defendant is not likely to pose a danger to the safety of any other
9  person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based
10 on the defendant's submission on the issue of detention and history of substance abuse.

    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: November 12, 2025

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE